

# HILL RIVKINS LLP
45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

January 28, 2014

**By E-mail and ECF**
The Honorable Katherine B. Forrest
United States District Judge
United States District Court
500 Pearl Street, Room 745
New York, New York 10007

      Re:    Request for Adjournment of Status Conference
              Maritima de Ecologia, S.A. de C.V. v. Sealion Shipping Ltd.
              10 CV 8134 (KBF)
              <u>Hill Rivkins File No: 30538-KBD/BPE</u>

Dear Judge Forrest:

      We represent plaintiff Maritima de Ecologia, S.A. de C.V. ("Marecsa") in the above-referenced action and write to respectfully request an adjournment of the conference set for 2:00 p.m. on February 10, 2014, pursuant to the Court's order dated January 24, 2014 (D.E. 68). The undersigned must personally attend both the conference before this Court and a previously-scheduled deposition on February 10 but has been unable to reschedule the deposition. Mr. Harter, counsel for defendant Sealion Shipping Ltd., consents to this first request to adjourn the conference. If convenient for the Court, all counsel are available for a conference on February 18, 19, or 20.

      We thank the Court for its attention to this matter. Should the Court require additional information, please do not hesitate to contact the undersigned.

                              Respectfully submitted,

                              HILL RIVKINS LLP

                              *Brian P. R. Eisenhower*
                              Brian P. R. Eisenhower

| NEW JERSEY | TEXAS | CALIFORNIA |
|---|---|---|
| 102 South Broadway | 55 Waugh Drive, Suite 1200 | Hill Rivkins Brown & Associates |
| South Amboy, NJ 08879-1708 | Houston, Texas 77007 | 11140 Fair Oaks Boulevard, Suite 100 |
| Tel: 732 838-0300  Fax: 732 316-2365 | Tel: 713 222-1515  Fax: 713 222-1359 | Fair Oaks, CA 95628-5126 |
| e-mail: thefirm@hillrivkins.com | e-mail: thefirm@hillrivkins.com | Tel: 916 535-0263  Fax: 916 535-0268 |
| | | e-mail: thefirm@brnlaw.com |

Hon. Katherine B. Forrest
January 28, 2014
Page Two

032 Court – 10 Civ 8134 Jan 28 2014

    cc:    **E-mail and ECF**
           Simon Harter, Esq.
           Law Offices of Simon Harter, Esq.
           304 Park Avenue South – 11th Floor
           New York, New York 10010

