UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARITIMA DE ECOLOGIA, S.A. DE C.V.   :   CIVIL ACTION NO:
                                     :   10-CIV-8134 (KBF)
                 Plaintiff,          :
                                     :
       -against-                     :
                                     :   DECLARATION OF
SEALION SHIPPING LTD.,               :   ROBERT POLLOCK-HILL
                                     :   IN ACCORDANCE WITH
                 Defendant.          :   28 U.S.C. §1746
------------------------------------------------------------x

I, **ROBERT POLLOCK-HILL,** declare under penalty of perjury as follows:

1. I am a solicitor of the Senior Courts of England and Wales and a partner in the firm of Lax & Co LLP, 78, Cornhill, London EC3V 3QQ, United Kingdom. Lax & Co LLP represents Sealion Shipping Ltd. ("Sealion"), the Defendant in this action, in connection with various disputes with Maritima De Ecologia, S.A. de C.V. ("Marecsa"), the Plaintiff herein, which have been the subject of a recently-concluded London arbitration between the aforementioned parties.

2. I submit this declaration from my personal knowledge of the matters related and documents identified herein.

3. Attached as Exhibit A is a true and correct copy of the Transaction Agreement between Sealion and Marecsa dated 3 June 2008.

4. Attached as Exhibit B is a true and correct copy of the Final Award and Reasons for and forming part of the Final Award rendered in the London arbitration and dated 8 August 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 14th day of August, 2014.

_____
ROBERT POLLOCK-HILL