USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **OCT 0 9 2014**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARITIMA DE ECOLOGIA, S.A. DE C.V.,

                Plaintiff,

-v-

SEALION SHIPPING LTD.,

                Defendant.

------------------------------------------------------------------X

10-cv-8134 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed at the status conference on October 8, 2014 at 2:00 p.m., the Court will sign an order submitted by the parties granting defendant's motion for confirmation of London arbitration award and for entry of judgment thereon. (ECF No. 84.) Within one week of the date of this Order, the parties shall jointly submit a stipulation and order indicating:

1. That the London arbitration award made on August 8, 2014 and certified on August 14, 2014 is confirmed.

2. That defendant's counterclaim is dismissed with prejudice to the extent addressed by the award.

3. The extent to which defendant could enforce the amount of the arbitration award.

4. Which portions of the record before this Court shall be sealed.

The parties shall submit the stipulation and order directly to the Court by email and by filing on ECF (not through Orders and Judgments).

Additionally, as discussed at the status conference, the schedule in this matter is modified as follows:

1. Discovery shall be completed not later than **February 13, 2015**.

2. Summary judgment motions shall be briefed according to the following schedule:

    a. Opening briefs are due not later than **February 13, 2015**.

    b. Opposition briefs are due not later than **February 27, 2015**.

    c. Reply briefs are due not later than **March 6, 2015**.

3. Trial shall commence on **April 13, 2015**.

A status conference is scheduled for **January 6, 2015** at **1:00 p.m.** The parties shall confer in advance of the conference and will make proposals at the conference (either jointly or separately) regarding the appropriate form of resolution for this case (e.g., full bench trial, abbreviated bench trial, summary proceeding).

The Clerk of Court is directed to close the motion at ECF No. 84.

SO ORDERED.

Dated:     New York, New York
           October 9, 2014

_____
KATHERINE B. FORREST
United States District Judge