```
-------------------------------------------------------------x
                                                :
MARITIMA DE ECOLOGIA, S.A. DE C.V.              :
                                                :
                                                :
                         Plaintiff,             :         10 Civ. 8134 (KBF)
                                                :
            -v-                                 :         ORDER
                                                :
SEALION SHIPPING LTD.,                          :
                                                :
                         Defendant.             :
                                                :
-------------------------------------------------------------x
```

**KATHERINE B. FORREST, District Judge**:

As discussed at the status conference on October 8, 2014 at 2:00 p.m., and on the basis of the stipulations of the parties, it is hereby ORDERED that:

1. Defendant's unopposed motion (ECF No. 84) for confirmation of the London arbitration award made on August 8, 2014 and certified on August 14, 2014 ("Award") is GRANTED pursuant to Section 207 of the Federal Arbitration Act, 9 U.S.C. §201 et seq., and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 28, reprinted at 9 U.S.C. §201 et seq.

2. The Clerk of Court is DIRECTED to issue final judgment pursuant to Rule 54(b) in favor of Defendant and against Plaintiff in accordance with Points 1 and 2 of the Award (ECF No. 85-2, pp. 3-4). Said final judgment shall be so limited and shall not affect the claims asserted in Plaintiff's Verified Complaint (ECF No. 1) or the unresolved claims asserted in Defendant's Verified Answer and Counterclaim (ECF No. 54).

3. Defendant's counterclaim (ECF No. 54) is PARTIALLY DISMISSED <u>with prejudice</u>, to the extent addressed in Points 1 and 2 of the Award, but without prejudice to Points 3 and 4 of the Award and Defendant's right to seek confirmation, and judgment thereon, of any further award issued in the London arbitration proceeding between the parties.

4. Discovery relating to, and enforcement of, the final judgment to be entered in accordance with this Order may proceed, except that enforcement of the first U.S. ONE MILLION FIVE HUNDRED THOUSAND DOLLARS (US $1,500,000.00) of the amounts awarded in the Award is STAYED pending the outcome of Plaintiff's claims in this action. This stay shall only apply to enforcement of the final judgment issued by this Court pursuant to this Order and shall not affect Defendant's enforcement of the Award in any other proceeding outside the United States.

5. The record is hereby SEALED as to the "Reasons for and forming part of Final Award" (ECF Nos. 83-3, pp. 5-47 and 85-2, pp. 5-47).

**SO ORDERED**.

Dated:   New York, New York
October _____, 2014

_____
**KATHERINE B. FORREST**
United States District Judge

cc:   Clerk of Court
        All counsel

        Respectfully submitted,

        HILL RIVKINS LLP
        Attorneys for Plaintiff

By:    s/ Brian P. R. Eisenhower
        Brian P. R. Eisenhower
        45 Broadway, Suite 1500
        New York, New York 10006
        Tel:  212-669-0600
        Fax:  212-669-0699


        LAW OFFICES OF SIMON HARTER, ESQ.
        Attorneys for Defendant

By:    s/ Simon Harter
        Simon Harter
        304 Park Avenue South -11th Floor
        New York, New York 10010
        Tel:  212-979-0250
        Fax:  212-979-0251