USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARITIMA DE ECOLOGIA, S.A. DE C.V.,

                              Plaintiff,        :        10-cv-8134 (KBF)

            -v-                                 :        ORDER

SEALION SHIPPING LTD.,

                              Defendant.         :

-------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

As discussed at the status conference on October 8, 2014 at 2:00 p.m., on the

basis of the stipulations of the parties, and because there is no just reason for delay,

pursuant to Rule 54(b) of the Federal Rules of Civil Procedure it is hereby

ORDERED that:

1.  Defendant's unopposed motion (ECF No. 84) for confirmation of the

    London arbitration award made on August 8, 2014 and certified on

    August 14, 2014 (the "Award") is GRANTED pursuant to Section 207 of

    the Federal Arbitration Act, 9 U.S.C. §§ 201 et seq., and the Convention

    on the Recognition and Enforcement of Foreign Arbitral Awards of June

    10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 28, as reprinted in 9 U.S.C. §§ 201

    et seq.

2.  Judgment is entered in favor of defendant and against plaintiff in

    accordance with Points 1 and 2 of the Award (ECF No. 85 ex. B at 3-4).

    Said final judgment is limited and shall not affect the claims asserted in

plaintiff's complaint (ECF No. 1) or the unresolved claims asserted in defendant's answer and counterclaim (ECF No. 54).

3. Defendant's counterclaim (ECF No. 54) is PARTIALLY DISMISSED with prejudice, to the extent addressed in Points 1 and 2 of the Award but without prejudice to Points 3 and 4 of the Award, and defendant's right to seek confirmation, and judgment thereon, of any further award issued in the London arbitration proceeding between the parties.

4. Discovery relating to, and enforcement of, the final judgment to be entered in accordance with this Order may proceed, except that enforcement of the first $1,500,000.00 in U.S. dollars of the amounts awarded in the Award is STAYED pending the outcome of Plaintiff's claims in this action. This stay shall apply only to enforcement of the final judgment issued pursuant to this Order and shall not affect defendant's enforcement of the Award in any other proceeding outside the United States.

5. The "Reasons for and forming part of Final Award" (ECF No. 83 ex. B at 5-47; ECF No. 85 ex. B at 5-47) is hereby sealed.

SO ORDERED.

Dated:     New York, New York
           October 17, 2014

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge

2